Julia H. Tüsch, Respondent, *v.* The German Savings Bank, Appellant.

Appeal from a judgment in favor of plaintiff and from order denying motion for a new trial.

W. B. Hollis, for appellant.

C. Browne, for respondent.

*Per Curiam.* Judgment and order affirmed, with costs.

Present: Van Wyck, Ch. J., and McCarthy, J.

Judgment and order affirmed, with costs.

---

George Toplitz, Respondent, *v.* The King Bridge Co., Appellant.

Appeal from a judgment in favor of plaintiff and from order denying motion for a new trial.

J. Stikeman, for appellant.

M. H. Oppenheim, for respondent.

*Per Curiam.* Judgment and order affirmed, with costs.

Present: Van Wyck, Ch. J., and McCarthy, J.

Judgment and order affirmed, with costs.